UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL BATISTA,<br><br>              Plaintiff,<br><br>    v.<br><br>HEAVY CONSTRUCTION CO., INC. AND STENIS LOMONACO, Jointly and Severally,<br><br>              Defendants. | ECF CASE<br><br>No.: 1:20-cv-03431-RPK-RER |

### NOTICE OF THE PARTIES' MOTION FOR APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT

      PLEASE TAKE NOTICE that, upon the memorandum of law and accompanying declaration, the Parties respectfully move the Court for an Order approving the settlement agreement in this Fair Labor Standards Act matter.

Dated: New York, New York
       February 3, 2020

                                            Respectfully submitted,
                                            LIPSKY LOWE LLP

                                            s/ Douglas B. Lipsky
                                            Douglas B. Lipsky
                                            420 Lexington Avenue, Suite 1830
                                            New York, New York 10170
                                            212.392.4772
                                            doug@lipskylowe.com
                                            *Plaintiff's Counsel*