UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL BATISTA,<br><br>   Plaintiff,<br><br>v.<br><br>HEAVY CONSTRUCTION CO., INC. AND STENIS LOMONACO, JOINTLY AND SEVERALLY,<br><br>   Defendant. | ECF CASE<br><br>No.: 1:20-cv-3431 |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: February 22, 2021
   New York, New York

s/ Douglas B. Lipsky
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: February 22, 2021
   New York, New York

s/ Laura Longobardi
Laura Longobardi
PHILLIPS NIZER LLP
485 Lexington Avenue
New York, New York 10017
llongobardil@phillipsnizer.com
212.977.9700
*Attorneys for Defendants*